UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 19-CV-25044-ALTONAGA/GOODMAN

LUIS GODINEZ,

     Plaintiff,

v.

NCL BAHAMAS LTD.
a Bermuda company d/b/a
NORWEGIAN CRUISE LINE,

     Defendant.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that TYLER J. TANNER of the law firm of McAlpin Conroy, P.A., hereby appears as counsel for Defendant, NCL (BAHAMAS) LTD. Undersigned respectfully requests that copies of notices, pleadings, and all other materials directed to Defendant be served upon him using the following email addresses: TTanner@McAlpinConroy.com; DDuran@McAlpinConroy.com.

**Respectfully submitted,**

By: *Tyler J. Tanner*
Tyler J. Tanner
Florida Bar No. 84737
Richard J. McAlpin
Florida Bar No. 438420
McAlpin Conroy, P.A.
80 S.W. 8th Street
Miami, FL 33130
(305)810-5400 – Telephone
(305)810-5401 – Facsimile
rmcalpin@mcalpinconroy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2022, a true and correct copy of the foregoing was

served via email on the individuals identified on the Service List below.

By: *Tyler J. Tanner*
Tyler J. Tanner

## SERVICE LIST

*Luis Godinez vs. Norwegian Cruise Line*
Case No: 19-CV-25044-ALTONAGA/GOODMAN

*Counsel for Plaintiff,*
*Luis Godinez*

Nicholas I. Gerson
Philip M. Gerson
Edward S. Schwartz
David L. Markel
Gerson & Schwartz, P.A.
1980 Coral Way
Miami, FL 33145
Tel. (305) 371-6000
ngerson@gslawusa.com
pgerson@gslawusa.com
eschwartz@gslawusa.com

Raul G. Delgado, II.
Delgado Trial Attorneys
10661 N. Kendall Drive
Suite 210
Miami, FL 33176
305-927-3678
Fax: 305-397-2654
raul@cruiselawyermiami.com

*Counsel for Defendant,*
*Norwegian Cruise Line*

Richard J. McAlpin
McAlpin Conroy, P.A.
80 S.W. 8th Street, Suite 2805
Miami, FL 33130
Tel: 305-810-5400
rmcalpin@mcalpinconroy.com